```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

TYLOR THOMAS,

    Plaintiff,

v.                              Civil Action No. 2:17-cv-01405

MAGISTRATE JUDGE ROBIN WATERS,

    Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on November 6, 2018; and the magistrate judge having recommended that the court dismiss this matter pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A and deny the plaintiff's Application to Proceed without Prepayment of Fees and Costs; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the plaintiff's motion and complaint be, and hereby are, dismissed.

The clerk is directed to forward copies of this written opinion and order to the petitioner, all counsel of record, and the United States Magistrate Judge.

ENTER: April 2, 2019

John T. Copenhaver, Jr.
Senior United States District Judge